# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**SUMMONS IN A CIVIL ACTION**

Nextel Communications of the Mid-Atlantic Inc., d/b/a Nextel Communications

V.

The Town of West Warwick, Rhode Island, and the Zoning Board of Review of the Town of West Warwick, Rhode Island

CA 06 281 T
CASE NUMBER: ____________

TO: (Name and Address of Defendant)

The Zoning Board of Review of
The Town of West Warwick, Rhode Island
c/o Town Clerk
1170 Main Street
West Warwick, RI 02893-4829

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK ____________________ DATE 6-15-06

BY DEPUTY CLERK [signature]

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/16/06 |
|---|---|
| NAME OF SERVER<br>KENNETH K NURISTON | TITLE<br>FEDERAL COURT PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☑ Other (specify): ZONING BOARD OF REVIEW OF WEST WARWICK TOWN CLERK OFFICE ACCEPTED

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 - | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/16/06
Date

[signature]
*Signature of Server*

1845 ATWOOD AVE
*Address of Server*
JOHNSTON RI 02919

[signature] Kathleen M. DuPonte
Kathleen M. DuPonte

---

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.