UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS<br><br>Plaintiff,<br><br>vs.<br><br>THE TOWN OF WEST WARWICK, RHODE ISLAND, AND THE ZONING BOARD OF REVIEW OF THE TOWN OF WEST WARWICK, RHODE ISLAND<br><br>Defendants. | Civil Action No.: 06-281T |

**ENTRY OF APPEARANCE**

Now comes the undersigned, Timothy A. Williamson, Esquire, and hereby enters his appearance on behalf of the Defendant in the above captioned matter.

Timothy Williamson by & through Amy Mitchell #7096

Timothy A. Williamson, Esquire #4173
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816
Tel. (401) 823-9200
Fax (401) 82-9278

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Entry to the Attorney for Plaintiff, Steven E. Grill, Esq., 111 Amherst Street, Manchester, New Hampshire 03101 on the 18th day of July, 2006.

____________________