UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS<br><br>Plaintiff,<br><br>vs.<br><br>THE TOWN OF WEST WARWICK, RHODE ISLAND, AND THE ZONING BOARD OF REVIEW OF THE TOWN OF WEST WARWICK, RHODE ISLAND<br><br>Defendants. | Civil Action No.: 06-281T |

**ANSWER**

Now comes your Defendants, by and through its attorney, and answers the Plaintiff's complaint as follows:

1. Defendants can neither admit nor deny the allegations as set forth in Paragraph 1 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

2. Defendant can neither admit nor deny the allegations as set forth in Paragraph 2 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

**PARTIES**

3. Defendant can neither admit nor deny the allegations as set forth in Paragraph 3 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

4. Defendant can neither admit nor deny the allegations as set forth in Paragraph 4 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

5. Admit.

6. Admit.

## JURISDICTION AND VENUE

7. Defendant can neither admit nor deny the allegations as set forth in Paragraph 7 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

8. Defendant can neither admit nor deny the allegations as set forth in Paragraph 8 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

9. Defendant can neither admit nor deny the allegations as set forth in Paragraph 9 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

## ALLEGATIONS COMMON TO ALL COUNTS

10. Defendant can neither admit nor deny the allegations as set forth in Paragraph 10 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

11. Defendant can neither admit nor deny the allegations as set forth in Paragraph 11 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

12. Defendant can neither admit nor deny the allegations as set forth in Paragraph 12 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

13. Defendant can neither admit nor deny the allegations as set forth in Paragraph 13 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

14. Defendant can neither admit nor deny the allegations as set forth in Paragraph 14 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

15. Defendant can neither admit nor deny the allegations as set forth in Paragraph 15 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

16. Defendant can neither admit nor deny the allegations as set forth in Paragraph 16 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

17. Admit as to first sentence. Defendant can neither admit nor deny the allegations as set forth in the remainder of Paragraph 17 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

18. Admit as to first sentence. Defendant can neither admit nor deny the allegations as set forth in the remainder of Paragraph 18 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

19. Defendant can neither admit nor deny the allegations as set forth in Paragraph 19 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

20. Defendant can neither admit nor deny the allegations as set forth in Paragraph 20 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

21. Defendant can neither admit nor deny the allegations as set forth in Paragraph 21 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

22. Admit.

23. Defendant can neither admit nor deny the allegations as set forth in Paragraph 23 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

24. Defendant can neither admit nor deny the allegations as set forth in Paragraph 24 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

25. Defendant can neither admit nor deny the allegations as set forth in Paragraph 25 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

26. Defendant can neither admit nor deny the allegations as set forth in Paragraph 26

of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

27. Admit.

28. Defendant can neither admit nor deny the allegations as set forth in Paragraph 28 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

**AS AND FOR A FIRST CAUSE OF ACTION**
**VIOLATION OF 47 U.S.C. §332(c)(7)(B)(iii)**

29. The Defendants, hereby reaffirm and incorporate herein by reference the admission and denials of Paragraphs 1 through 28 of this Answer as fully set forth herein.

30. Denied.

31. Denied.

**AS AND FOR A SECOND CAUSE OF ACTION**
**VIOLATION OF 47 U.S.C. §332(c)(7)(B)(i)(II)**

32. The Defendants, hereby reaffirm and incorporate herein by reference the admission and denials of Paragraphs 1 through 31 of this Answer as fully set forth herein.

33. Defendant can neither admit nor deny the allegations as set forth in Paragraph 33 of the Plaintiff's complaint and leaves the Plaintiff to its proof thereof.

34. Denied.

WHEREFORE, your Defendants, the Town of West Warwick, Rhode Island and the Zoning Board of Review of the Town of West Warwick, Rhode Island prays that this Honorable Court dismiss and deny the Plaintiff's complaint and in addition, deny any relief sought by the Plaintiff through its complaint and award to the Defendant all reasonable attorney's fees and costs for the litigation of this matter.

THE TOWN OF WEST WARWICK, RHODE ISLAND, AND THE ZONING BOARD OF REVIEW OF THE TOWN OF WEST WARWICK, RHODE ISLAND
By its Attorney,

Timothy Williamson by & through [signature] #7096

Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON
1193 Tiogue Avenue
Coventry, RI 02816
Tel. (401) 823-9200
Fax (401) 82-9278

AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which the relief sought can be granted.

WHEREFORE, your Defendants, the Town of West Warwick, Rhode Island and the Zoning Board of Review of the Town of West Warwick, Rhode Island prays that this Honorable Court dismiss and deny the Plaintiff's complaint and in addition, deny any relief sought by the Plaintiff through its complaint and award to the Defendant all reasonable attorney's fees and costs for the litigation of this matter.

THE TOWN OF WEST WARWICK, RHODE ISLAND, AND THE ZONING BOARD OF REVIEW OF THE TOWN OF WEST WARWICK, RHODE ISLAND
By its Attorney,

Timothy Williamson by through [signature] #7096

Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON
1193 Tiogue Avenue
Coventry, RI 02816
Tel. (401) 823-9200
Fax (401) 82-9278

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Answer to the Attorney for Plaintiff, Steven E. Grill, Esq., 111 Amherst Street, Manchester, New Hampshire 03101 on the 18th day of July, 2006.