RECEIVED

JUL 18 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS

Plaintiff,

vs.

THE TOWN OF WEST WARWICK, RHODE ISLAND, AND THE ZONING BOARD OF REVIEW OF THE TOWN OF WEST WARWICK, RHODE ISLAND

Defendants.

Civil Action No.: 06-281T

**STIPULATION**

It is hereby agreed by the parties hereto that the time with which Defendant herein may Answer and/or otherwise respond to Plaintiff's Complaint may be enlarged to July 27, 2006.

PLAINTIFF
By its Attorney,

Daniel J. [signature] for

Steven E. Grill, Esq.
111 Amherst Street
Manchester, New Hampshire 03101
(603)669-1000
e-mail: sgrill@devinemillimet.com

DEFENDANT
By its Attorney,

Timothy Williamson by [signature]

Timothy A. Williamson, Esq.
Inman, Tourgee & Williamson
1193 Tiogue Avenue
Coventry, Rhode Island 02816
(401) 823-9200
Fax: (401) 823-9278

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Stipulation to the Attorney for Plaintiff, Steven E. Grill, Esq., 111 Amherst Street, Manchester, New Hampshire 03101 on the 18th day of July, 2006.

[signature]

Ernest C. Torres

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE

7/28/06