EXHIBITS A THROUGH H REFERRED TO IN DECLARATION
OF RICARDO SOUSA, ESQ. ARE BEING FILED CONVENTIONALLY AS THEY EXCEED
THE 2.5 MB LIMIT.