UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/ b/ a NEXTEL COMMUNICATIONS | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No.: 06-281-T |
| THE TOWN OF WEST WARWICK, RHODE ISLAND, AND THE ZONING BOARD OF REVIEW OF THE TOWN OF WEST WARWICK RHODE ISLAND | : | |
| Defendants, | | |

**DEFENDANTS' MOTION TO ENLARGE TIME IN WHICH TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants Town of West Warwick and Zoning Board of Review of the Town Of West Warwick, by and thorough its attorney Town Solicitor Timothy A. Williamson respectfully moves that this Honorable Court enlarge the time in which the Defendants were to file its response to the Plaintiff's Motion for Summary Judgment and Memorandum in Support of said Motion.

As grounds for its Motion and in support hereof, your Defendants respectfully refer this Honorable Court to the accompanying Memorandum of Law in support of the Defendants' Motion to Enlarge Time in which to File a Response to the Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

**TOWN OF WEST WARWICK,**
**ZONING BOARD of REVIEW**
**of the TOWN OF WEST WARWICK**

By their Attorney
**Inman, Tourgee and Williamson**

Dated March 8, 2009

By: ______________________

Timothy A. Williamson (#4173)
1193 Tiogue Avenue
Coventry RI 02816
401-823-9200
twilliamson@itwlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March 2007, a copy of the foregoing Motion to Enlarge Time to Respond to the Plaintiff's Motion for Summary Judgment was forwarded by first class mail, postage prepaid, to Karen A. Pelczarski, 30 Exchange Terrace, Providence RI 02903 and Steven e. Grill 111 Amherst Street, Manchester NH 03101.

______________________
Timothy A. Williamson (#4173)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/ b/ a NEXTEL COMMUNICATIONS | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No.: 06-281-T |
| THE TOWN OF WEST WARWICK, RHODE ISLAND, AND THE ZONING BOARD OF REVIEW OF THE TOWN OF WEST WARWICK RHODE ISLAND | : | |
| Defendants, | | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO ENLARGE TIME IN WHICH TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants Town of West Warwick and Zoning Board of Review of the Town Of West Warwick, by and thorough its attorney Town Solicitor Timothy A. Williamson respectfully submits the following Memorandum of Law in Support of its Motion to Enlarge Time in which to Respond to the Plaintiff's Motion for Summary Judgment.

**FACTS AND TRAVEL**

The Town of West Warwick and the Zoning Board of Review for the Town of West Warwick, the Defendants have reached an agreement with the Plaintiff Nextel Communications of the Mid-Atlantic, d/b/a/ Nextel Communications that the Plaintiff shall forward a Request for Reconsideration to the Zoning Board of Review of the Town of West Warwick in order for the Zoning Board to reconsider the Plaintiff's original Petition for Relief as it relates to the Plaintiff's application to add a cell phone tower structure to an existing power line tower.(Please see Exhibit A)

The Town of West Warwick and its Zoning Board are required to placed this type of request

in the Zoning Board's normal newspaper advertisement to comply with notice requirements. In order to satisfy the notice requirements, the matter has to be advertised for at least three weeks. In order for the matter to be properly before the Zoning Board of Review for the Town of West Warwick, and meet with the notice requirements, the earliest the request for reconsideration can be heard is March 28, 2007.

In light of the circumstances in which the Defendant Zoning Board of Review initially denied the petition, the Plaintiff's request for reconsideration may be approved at the regularly scheduled meeting on March 28, 2007.

In order to facilitate the Plaintiff's request for reconsideration before the Defendant Zoning Board of Review, your Defendants are respectfully requesting that this Honorable Court grant Defendants' Motion to Enlarge Time to Respond to the Plaintiff's Motion for Summary Judgment until sometime after the 28th day of March 2007, as the matter may become moot should the Plaintiff's obtain the relief that had been originally sought.

## ARGUMENT

**It is in the interest of justice to provide an enlargement of time at this juncture of the case; as to not waste the valuable resources and time of this Honorable Court**

Defendants aver that the case at hand may well be resolved as of the 28th day of March 2007 based upon the uncontradicted facts as it relates only to the prior actions of the Defendant Zoning Board of Review of the Town of West Warwick.. Given the fact that the Plaintiff's may obtain the relief originally sought in its petition before the Zoning Board of Review, your Defendants aver that an enlargement of time would be appropriate in order not to waste the time and resources of this Honorable Court by its review of the Defendant's Objection to the Plaintiff's Motion for Summary Judgment and a memorandum in support thereof.

## CONCLUSION

The Town of West Warwick and the Zoning Board of Review of the Town of West Warwick respectfully request that this Honorable Court grant its Motion to Enlarge Time in which to Respond to the Plaintiff's Motion for Summary Judgment for judicial economy in light of the fact that the Plaintiff's may in fact obtain the relief sought on March 28, 2007.

Respectfully submitted,

**TOWN OF WEST WARWICK,**
**ZONING BOARD of REVIEW**
**of the TOWN OF WEST WARWICK**

By their Attorney
**Inman, Tourgee and Williamson**

Dated March 8, 2009

By: ____________________
Timothy A. Williamson (#4173)
1193 Tiogue Avenue
Coventry RI 02816
401-823-9200
twilliamson@itwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March 2007, a copy of the foregoing Motion to Enlarge Time to Respond to the Plaintiff's Motion for Summary Judgment was forwarded by first class mail, postage prepaid, to Karen A. Pelczarski, 30 Exchange Terrace, Providence RI 02903 and Steven e. Grill 111 Amherst Street, Manchester NH 03101.

____________________
Timothy A. Williamson (#4173)