DEFENDANTS' EXHIBIT A MOTION TO ENLARGE

DEVINE MILLIMET

ATTORNEYS AT LAW

February 28, 2007

STEVEN E. GRILL
603.695.8755
SGRILL@DEVINEMILLIMET.COM

**VIA FACSIMILE AND US MAIL**

Zoning Board of Review
Town of West Warwick, Rhode Island
c/o Timothy A. Williamson, Esquire
Inman, Tourgee & Williamson
1193 Tiogue Avenue
Coventry, RI 02816

Re: Petition No. 2006-8-Application of Nextel Communications of the Mid-Atlantic, Inc./Wakefield Street (Narragansett Electric Pole #184W) (Map 21, Lot 14)

Dear Honorable Members of the Zoning Board of Review:

On behalf of Nextel Communications of the Mid-Atlantic, Inc., we respectfully request that the Board reconsider its prior action taken at the meeting of the Board on April 26, 2006, and reduced to writing on May 18, 2006, and that the Board re-open its deliberations and, if appropriate, take such further action as may be appropriate.

Thank you for your kind consideration.

Very truly yours,

Steven E. Grill

SEG/erg

cc: Karen Pelczarski, Esquire

J:\WDOX\DOCS\CLIENTS\10339\77947\M0982294.DOC