**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NEXTEL COMMUNICATIONS OF THE
MID-ATLANTIC, INC., d/b/a
NEXTEL COMMUNICATIONS,
Plaintiffs

vs. C.A. No. 06-281T

THE TOWN OF WEST WARWICK, RI,
and THE ZONING BOARD OF REVIEW OF THE
TOWN OF WEST WARWICK, RI,
Defendants

**ORDER**

The defendants' Motion to Enlarge Time for the Filing of its Response to the Plaintiffs' Motion for Summary Judgment is hereby GRANTED. The defendants' response shall be filed on or before April 18th, 2007. No further extensions will be granted.

By Order:

Deputy Clerk

ENTER:

Senior U.S. District
Judge Ernest C. Torres

date: 3/9/07