UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

NEXTEL COMMUNICATIONS OF
THE MID-ATLANTIC

Plaintiff

v. C.A. No. 06-281T

THE TOWN OF WEST WARWICK, RI, ET AL.

Defendants

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

For reasons stated in open court on July 11, 2007, Nextel Communications of the Mid-Atlantic's motion for summary judgment on Count I of its complaint is GRANTED and it is hereby

ORDERED:

1. The West Warwick Zoning Board of Review's decision dated May 18, 2006 is reversed.

2. Forthwith, The Town of West Warwick, Rhode Island, by and through the West Warwick Zoning Board of Review, shall issue to Nextel Communications of the Mid-Atlantic a use and dimensional variance and all other permits and necessary approvals to allow for the construction of the proposed tower, antenna array and equipment shelter.

By Order:

[signature]

Deputy Clerk

ENTER:

[signature]

Ernest C. Torres

Senior U.S. District Judge

Date: 7/18/07