# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NEXTEL COMMUNICATIONS OF THE
MID-ATLANTIC,
Plaintiff

vs. C.A. No. 06-281T

THE TOWN OF WEST WARWICK, RI,
ET AL.,
Defendants

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment entered by this Court on July 18th, 2007, judgment hereby enters for the Plaintiff Nextel Communications of the Mid-Atlantic against Defendants Town of West Warwick, et al.

Enter:

Deputy Clerk

Dated: July 20th, 2007